# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| TAMMY MASTERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:17-CV-688** |
| | § | **JUDGE MAZZANT/JUDGE JOHNSON** |
| BANK OF AMERICA, NATIONAL ASSOCIATION d/b/a BANK OF AMERICA, | § § § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 1, 2018, the report of the Magistrate Judge (Dkt. #14)[1] was entered containing proposed findings of fact and recommendations that the parties' Stipulation of Dismissal with Prejudice (Dkt. #13) should be **GRANTED**.

Having received the report of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, the parties' Stipulation of Dismissal with Prejudice (Dkt. #13) is **GRANTED**.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**.

---

[1] The Court notes that the Magistrate Judge's Report was inadvertently titled "Order." *See* Dkt. 14.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 4th day of March, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE